34

United States Courts
Southern District of Texas
FILED

JAN 12 2022

Nathan Ochsner, Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| v. § | Criminal No. M-22-0038 |
| § | |
| MAYKOL YOHERY CABRERA- § | |
| CASTILLO § | |

## INDICTMENT

**THE GRAND JURY CHARGES:**

On or about December 17, 2021, in the Southern District of Texas and within the jurisdiction of the Court, defendant,

**MAYKOL YOHERY CABRERA-CASTILLO**

an alien who had previously been denied admission, excluded, deported, and removed, knowingly and unlawfully entered, attempted to enter, and was at any time found in the United States, to wit: near Mission, Texas, said defendant not having obtained the consent to reapply for admission into the United States from the Attorney General of the United States and Secretary of Homeland Security, the successor, pursuant to Title 6, United States Code, Sections 202(3), 202(4), and 557.

In violation of Title 8, United States Code, Sections 1326(a) and 1326(b).

A TRUE BILL

/FOREPERSON

JENNIFER B. LOWERY
UNITED STATES ATTORNEY

ASSISTANT UNITED STATES ATTORNEY